Samuel L. Eilers
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: samuel_eilers@fd.org

*Counsel for Defendant Francisco Rodriguez-Rincon*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANCISCO RODRIGUEZ-RINCON,<br><br>　　　　　　　Defendant. | Case No. 3:25-CR-00025-SLG-MMS<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT** |

　　　　The CJA department has notified the Federal Defender that an Indictment has been filed in this matter. Pursuant Sections 5.01(a) and 5.02(a) of the district's *Plan for Implementing the Criminal Justice Act of 1964*, undersigned counsel hereby notifies the Court and parties of his appearance in anticipation of the appointment of counsel for the Defendant in this matter, and to assist in arranging a pretrial services interview prior to arraignment if necessary. All future correspondence and filings in this matter should be addressed to the undersigned at the above-listed address.

　　　　Undersigned will notify the Court at the expected initial hearing whether Defendant is financially able to secure representation.

　　　　///

　　　　///

DATED March 21, 2025.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Samuel L. Eilers*
Samuel L. Eilers
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 21, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Samuel L. Eilers*