IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 3:25-CR-00025-SLG-MMS |
| vs. | ) | |
| | ) | |
| FRANCISCO RODRIGUEZ-RINCON | ) | **DEFENDANT'S WAIVER OF ALL PRESENCE -** |
| Defendant. | ) | **IN PERSON AND REMOTE** |

I have been advised by my attorney that:

(1) I have a constitutional right to be present at all critical stages of this case, including all hearings in this case, except those proceedings that involve only a question of law.

(2) I can waive the right to be present, either physically or remotely, at a hearing, including the discovery management conference, trial setting conference, when a continuance is ordered, or when the Court takes any other action, before, during, or after trial, unless otherwise ordered to appear.

(3) My attorney will always be present in court, either physically or remotely, and that my attorney will represent my interests at all times, just as if I were present in court.

**I hereby knowingly, voluntarily, and intelligently waive my right to be present at the following hearings including a waiver of my right to participate remotely (by telephone at the hearing):**

☒ **Discovery Management Conference**

☒ **Trial Setting Conference**

☒ **Whenever a continuance is requested**

There may be a hearing for which the court will require my physical or remote presence. I agree to stay in contact with my attorney and that if my attorney notifies me that I am required to appear in court at a particular date and time, then, I will do so. I understand that unless otherwise ordered, the Court will require my presence at the Final Pretrial Conference.

I understand that I can revoke this waiver at any time by notifying my attorney. If I am out of custody, I am free to attend any scheduled hearing. If I am in custody and I want to attend any scheduled hearing in person, I will contact my attorney in advance, and they will ensure that I am brought to the hearing.

Date: 04/28/2025

_Signature of Defendant's Attorney_

for Defendant's Signature

Samuel L. Eilers, ASST. FEDERAL DEFENDER
Printed Name of Defendant's Attorney